UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENESCO INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-00202 |
| v. ) | Judge Haynes |
| ) | |
| VISA U.S.A. INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## VISA DEFENDANTS' MOTION TO DISMISS
## GENESCO'S SIXTH AND SEVENTH CAUSES OF ACTION

Defendants Visa U.S.A. Inc., Visa Inc., and Visa International Service Association (collectively, "Visa") respectfully move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice Genesco's Sixth Cause of Action under California's Unfair Competition Law ("UCL") and Genesco's Seventh Cause of Action for Money Had and Received or Restitution/Unjust Enrichment on the grounds that the Complaint fails to state a claim upon which relief may be granted under either of these causes of action.

Specifically, Genesco's Sixth Cause of Action under California's UCL should be dismissed with prejudice because (a) UCL claims cannot be premised on a dispute between commercial entities involving matters covered by express contracts; (b) in connection with its claim under the UCL's "fraudulent prong," Genesco fails to identify any fraudulent statements affecting consumers or the public on which Genesco reasonably relied; and (c) the monetary award Genesco seeks is not restitution, which is the only type of monetary award available under the UCL.

Likewise, Genesco's Seventh Cause of Action, for Money Had and Received or Restitution/Unjust Enrichment, should be dismissed with prejudice for several similar reasons: (1) such quasi-contractual claims are precluded when a dispute is covered by express commercial contracts; and (2) Genesco has failed to allege facts sufficient to satisfy the elements of a claim for Money Had and Received.

For the foregoing reasons, and for the reasons stated more fully in the accompanying Visa Defendants' Supporting Memorandum, Genesco's Sixth and Seventh Causes of Action should be dismissed in their entirety.

Respectfully submitted,

*/s/Emily B. Warth*
Gayle Malone, Jr. (#2388)
J. Mark Tipps (#11710)
Emily B. Warth (#27607)
WALKER, TIPPS & MALONE PLC
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219
(615) 313-6000

gmalone@walkertipps.com
mtipps@walkertipps.com
ewarth@walkertipps.com

Randall W. Edwards (admitted *pro hac vice*)
Aaron M. Rofkahr (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
28th Floor, Two Embarcadero Center
San Francisco, California 94111
(415) 984-8700

redwards@omm.com
arofkahr@omm.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, via the Court's electronic filing system, on the following:

Douglas Meal
Seth Harrington
Matthew P. Thomas
ROPES & GRAY LLP
800 Boylston Street
Prudential Tower
Boston, MA  02199

Overton Thompson, III
Wendee M. Hilderbrand
BASS, BERRY & SIMS PLC
150 Third Avenue South
Suite 2800
Nashville, TN  37201

This 20th day of May, 2013.

/s/ Emily B. Warth