IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENESCO, INC., | ) |
| Plaintiff | ) |
| | ) |
| V. | ) Civil Action 3:13cv202 |
| | ) Chief Judge Haynes |
| VISA U. S. A. INC; VISA, INC. AND VISA INTERNATIONAL SERVICE ASSOCIATION | ) |
| Defendants | ) |

## ORDER

In accordance with the Memorandum filed herewith, Visa Defendants' motion to dismiss Genesco's sixth and seventh claims (Docket Entry No. 30) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this 18th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court.