IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENESCO INC., <br><br> Plaintiff, <br><br> v. <br><br> VISA U.S.A. INC., VISA, INC., AND VISA INTERNATIONAL SERVICE ASSOCIATION, <br><br> Defendants. | Case No. 3:13-CV-0202 <br><br> Chief Judge William J. Haynes, Jr. <br><br> JURY DEMAND |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF GENESCO INC.'S MOTION FOR A PROTECTIVE ORDER**

Pursuant to Local Rule 7.01(b), Plaintiff Genesco Inc. ("Genesco") respectfully moves the Court for leave to file a Reply Memorandum in Support of its Motion for a Protective Order (Docket No. 88), (the "Motion"). A copy of Genesco's Reply Memorandum is filed contemporaneously herewith as an Exhibit. The Reply Memorandum addresses Defendants' Response to Genesco's Motion, which was filed on October 25, 2013 (Docket No. 184) and is intended to aid the Court in its resolution of the Motion. Accordingly, Genesco respectfully requests that its Motion for Leave to File a Reply Memorandum in Support of Genesco's Motion be granted.

[Handwritten annotation: "Granted. This motion is granted. [signature] USDJ 10-31-13"]