UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| GENESCO INC.,<br><br>        Plaintiff,<br><br>v.<br><br>VISA U.S.A. INC.; VISA INC.; and VISA INTERNATIONAL SERVICE ASSOCIATION,<br><br>        Defendants. | Case No. 3:13-0202<br><br>Judge Haynes |

*[Handwritten notation: "Granted. This motion is granted. [signature] 10-31-13"]*

**VISA DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF VISA'S MOTION TO COMPEL DISCOVERY**