IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GENESCO, INC.,                          )
                                        )
        Plaintiff,                      )        Case No. 3:13-0202
                                        )        Chief Judge Haynes
v.                                      )
                                        )
VISA U.S.A., INC., VISA, INC., and      )
VISA INTERNATIONAL SERVICE              )
ASSOCIATION,                            )
                                        )
        Defendants.                     )

## O R D E R

In accordance with the Memorandum filed herewith, Genesco, Inc.'s motion for a protective

Order (Docket Entry No. 88) is **GRANTED in part** and **DENIED in part**; the Visa Defendants'

motion to compel (Docket Entry No. 120) is **GRANTED in part** and **DENIED in part**; and

Genesco, Inc.'s motions for protective orders concerning Visa's subpoena to Genesco's expert

consultant and Visa's deposition notice for Genesco's general counsel (Docket Entry Nos. 201 and

235) are **GRANTED** to quash the Stroz subpoena and deposition as well as the Sisson deposition

notice.

Discovery in this action shall be limited to the disputed violations of the cited security rules

that were the bases for the Visa Defendants' fines and assessments, but Genesco must produce

records of the remedial measures that were taken by Genesco to remedy the disputed rule violations

of the Visa Defendants' security rules.

In light of this Order, the Visa Defendants' motion for reconsideration (Docket Entry No.

292) is **GRANTED** to extend the discovery period for ninety (90) days from the prior deadline,

December 20, 2013, set in this action for discovery.

It is so **ORDERED**.

**ENTERED** this the ___17th___ day of January, 2014.

William J. Haynes, Jr.
Chief United States District Judge

2