UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENESCO INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:13-cv-00202 |
| | ) Judge Haynes |
| VISA U.S.A. INC., *et al.*, | ) ) |
| Defendants. | ) |

*[Handwritten annotation: Granted for the reasons stated in oral arguments GRANTED in part and DENIED in part. Counsel for the parties shall submit a proposed order reflecting the Court's rulings. /s/ 3-11-14]*

### VISA'S MOTION (1) TO COMPEL COMPLIANCE WITH COURT'S MEMORANDUM AND ORDER; (2) FOR CLARIFICATION OF THE COURT'S MEMORANDUM AND ORDER; AND (3) FOR A DISCOVERY CONFERENCE

Pursuant to Fed. R. Civ. P., 26 and 37, and Local Rule 37.01, Defendants Visa U.S.A. Inc., Visa Inc. and Visa International Service Association (collectively, "Visa") hereby respectfully move: (1) to compel Genesco to comply with the Court's January 17, 2014 Memorandum (Dkt. No. 297) and Order (Dkt. No. 298) and provide certain written and oral discovery; (2) for clarification of the Court's January 17, 2014 Memorandum and Order relating to the implicit extension of other scheduling deadlines by a duration equal to the ninety (90) day extension of the discovery period granted by the Court, in order to ensure the orderly progression of expert discovery, dispositive and Daubert motion practice and trial preparation envisioned by the Case Management Order and Local Rules, as well as a similarly brief continuance of the trial; and (3) to promptly convene a discovery conference as the best and most effective way to address and resolve these discovery issues and related matters as soon as possible.

1