IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENESCO INC., <br><br> Plaintiff, <br><br> v. <br><br> VISA U.S.A. INC., VISA, INC., AND VISA INTERNATIONAL SERVICE ASSOCIATION, <br><br> Defendants. | Civil Action No. 3:13-CV-0202 <br> Chief Judge William J. Haynes, Jr. <br><br> JURY DEMAND |

**DECLARATION OF THOMAS HARRIS-WARRICK**

I, Thomas Harris-Warrick, hereby declare:

1. I am a Digital Forensic Examiner at Stroz Friedberg LLC.

2. The information contained in this declaration is true and correct to the best of my personal knowledge.

3. On or about December 8, 2010, Stroz Friedberg took possession of a drive provided to Genesco by Trustwave containing images, logs and other data collected by Trustwave ("the Trustwave Drive").

4. On February 25, 2014, Stroz Friedberg made an exact duplicate of the Trustwave Drive (including all of the images, logs, and data contained therein), and provided it to counsel for Genesco.

1

5. Stroz Friedberg is unable to locate a document showing the configuration for the firewall between Genesco's corporate network and the Internet during the period December 4, 2009 through November 30, 2010 in its possession, custody, or control.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare that the factual statements set forth above are true and correct.

_____

Thomas Harris-Warrick

Dated: June 20, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, via the Court's electronic filing system, on the following:

Gayle I. Malone, Jr.
John M. Tipps
Emily B. Warth
WALKER, TIPPS & MALONE PLC
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Randall W. Edwards
Aaron M. Rofkahr
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Robert L. Stolebarger
Andres L. Carrillo
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

This 20th day of June, 2014.

/s/ Wendee M. Hilderbrand