IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENESCO INC.,<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A. INC., VISA, INC., AND VISA INTERNATIONAL SERVICE ASSOCIATION,<br><br>Defendants. | Civil Action No. 3:13-CV-0202<br>Chief Judge William J. Haynes, Jr.<br><br>JURY DEMAND |

**MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY REGARDING ITS LETTER MOTION FOR RECONSIDERATION OF THE COURT'S JULY 11, 2014 RULINGS**

Pursuant to Local Rule 7.01(b), Plaintiff Genesco Inc. ("Genesco") respectfully moves the Court for leave to file a sur-reply memorandum to respond to Defendants' Reply to Plaintiff's Response to Defendants' July 18, 2014 Letter to the Court (Dkt. No. 545) (the "Visa Reply"). A copy of Genesco's Sur-Reply memorandum is filed contemporaneously herewith as an Exhibit.

The Sur-Reply memorandum addresses new arguments raised in the Visa Reply and is intended to aid the Court in its resolution of Visa's motion. Accordingly, Genesco respectfully requests that its Motion for Leave to File a Sur-Reply to Defendants' Reply Regarding Its Letter Motion for Reconsideration of the Court's July 11, 2014 Rulings be granted.