IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GENESCO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-00202 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| VISA U.S.A., INC., VISA, INC., and | ) | |
| VISA INTERNATIONAL SERVICE | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The trial is set in this action for **Tuesday, April 21, 2015 at 9:00 a.m.** The final pretrial conference is set for **Monday, April 6, 2015 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the 2nd day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court