IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENESCO, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VISA USA INC., VISA, INC., AND VISA INTERNATIONAL SERVICE ASSOCIATION,<br><br>　　　　　Defendants. | Civil Action No. 3:13-CV-0202<br>Senior Judge William J. Haynes, Jr.<br><br>JURY DEMAND |

*ORDER*
*This motion*
*is GRANTED*

[signature]
*4-16-15*

**PLAINTIFF GENESCO INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO VISA'S MOTION TO RECONSIDER A LIMITED PORTION OF THE COURT'S ORDER DENYING VISA'S MOTION TO COMPEL PLAINTIFF TO COMPLY WITH THE COURT'S PRIOR ORDERS CONCERNING DISCOVERY OF REMEDIATION MEASURES AND FOR SANCTIONS**

Today, Plaintiff Genesco Inc. ("Genesco") is filing an Opposition to Defendants' Motion to Reconsider a Limited Portion of the Court's Order Denying Visa's Motion to Compel Plaintiff to Comply with the Court's Prior Orders Concerning Discovery of Remediation Measures and for Sanctions ("Opposition"), together with supporting documents. Genesco respectfully moves this Court for leave to file under seal certain exhibits to the Affidavit of Michael Jo ("Jo Affidavit"), filed in support of Genesco's Opposition.

**REQUEST TO SEAL**

1.　Paragraph 1 of the Agreed Protective Order entered July 3, 2013 (Dkt. No. 48), defines Confidential Discovery Material as "documents or information that constitute trade secrets or reveal confidential research, development, business, financial or commercial