IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENESCO INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 3:13-00202 |
| | ) Senior Judge Haynes |
| VISA, INC., et al., | ) |
| Defendants. | ) |

**ORDER**

In accordance with the Memorandum filed herewith, Defendants' motion to reconsider a limited portion of the Court's March 25, 2015 Order denying Visa's motion to compel (Docket Entry No. 970) is **GRANTED in part and DENIED in part** consistent with the Court's Memorandum. Defendants' motion for entry of an order on pending motions (Docket Entry No. 554) and Plaintiff's emergency motion to compel Visa to comply with Court's Orders and opposition to defendants' motion for entry of an Order on pending motions (Docket Entry No. 555) are **DENIED as moot**. Plaintiff's motion for leave to file under seal certain documents in support of its motions in limine (Docket Entry No. 880) is **GRANTED**.

It is so **ORDERED**.

ENTERED this the ___ day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge