# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

GENESCO INC.,      )
                                  )
    Plaintiff,        )
                                  )     No. 3:13-00202
v.                      )     Senior Judge Haynes
                                  )
VISA, INC., et al.,     )
                                  )
    Defendants.      )

## O R D E R

Upon review of the record, there are multiple motions for summary judgment on single counts that the Court deems, in essence, to be a single motion for summary judgment that the Court will decide in a single memorandum. Although the motions address specific legal issues, the motions share common issues of fact that should be decided in a single memorandum.

Therefore, the motions (Docket Entry Nos. 564, 601, 604, 607, 610, 613, 674, 702) are **DENIED without prejudice to renew**. To renew, the parties may file a single motion incorporating by reference the previous motions for summary judgment and supporting documents, including replies. Similarly, the opposing parties may file a single response incorporating by reference all responses and supporting documents.

It is so **ORDERED**.

**ENTERED** this the _30_ day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge