UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GENESCO INC.,

       Plaintiff,

v.

VISA U.S.A. INC., VISA INC., AND
VISA INTERNATIONAL SERVICE
ASSOCIATION,

       Defendants.

Case No. 3:13-cv-00202
Judge Waverly D. Crenshaw

JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Genesco Inc. and Defendants Visa U.S.A. Inc., Visa Inc., and Visa International Service Association, through their respective counsel, stipulate to the dismissal of all claims in this action with prejudice, with each party bearing its own fees and costs.

Dated: June 2, 2016

/s/ Overton Thompson III
Overton Thompson III
Lucas R. Smith
BASS, BERRY & SIMS PLC
Suite 2800
150 Third Avenue South
Nashville, Tennessee 37201

Douglas Meal (admitted *pro hac vice*)
Seth Harrington (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199

*Attorneys for Plaintiff Genesco Inc.*

Dated: June 2, 2016

/s/ Randall W. Edwards
Gayle Malone, Jr.
BUTLER SNOW LLP
The Pinnacle at Symphony Place, Suite 1600
150 3rd Avenue South
Nashville, TN 37201
(615) 651-6700
gayle.malone@butlersnow.com

Darin W. Snyder (admitted pro hac vice)
Randall W. Edwards (admitted pro hac vice)
O'MELVENY & MYERS LLP
28th Floor, Two Embarcadero Center
San Francisco, California 94111
(415) 984-8700
dsnyder@omm.com
redwards@omm.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*